**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SELECTIVE INSURANCE COMPANY OF** | § | |
| **AMERICA as assignee and subrogee of** | § | |
| **ST. LOUIS INDUSTRIAL PROPERTIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.:** |
| **vs.** | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

Plaintiff, Selective Insurance Company Of America, as subrogee of St. Louis Industrial Properties, LLC, by and through its attorneys, for its Complaint against the Defendant, United States Of America, states and alleges as follows:

**NATURE OF THE ACTION**

1.      This is a civil action for recovery of insurance payments made a as result of property damage caused by the negligence of an employee of the United States Postal Service ("USPS"), acting within the course and scope of employment.

2.      The damages arose after a USPS employee negligently discarded a lit cigarette or smoking material during a smoking break outside a USPS-leased facility in Missouri, causing a fire that damages the insured property.

3.      Plaintiff seeks recovery pursuant to the Federal Tort Clams Act, 28 U.S.C. §§ 1346(b), 2671-2680 ("FTCA").

## PARTIES

4.      At all times relevant herein, Plaintiff Selective Insurance Company Of America ("Selective") was a New Jersey corporation engaged in the property and casualty insurance business, with a principal place of business located at 40 Wantage Avenue, Branchville, New Jersey 07890. At all times relevant, Selective was authorized to transact business in the State of Missouri and St. Louis County.

5.      Selective's insured, St. Louis Industrial Properties, LLC ("SLIP"), is not bringing any individual claims in this matter, is not a party to this matter, has provided an assignment of any claims to Selective, and will not receive any monies or other compensation from this matter.

6.      Defendant United States of America is sued pursuant to the FTCA for the negligent acts and omissions of employees of the USPS acting within the scope of federal employment.

## JURISDICTION AND VENUE

7.      Jurisdiction is proper in this Court pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346, *et seq*. and 39 C.F.R. 912 in that the Plaintiff suffered injury due to the negligence of a USPS employee(s), engaged in the course and scope of their government employment.

8.      Venue is proper pursuant to 28 U.S.C. §1391(b)(2) as the property that is the subject of this action is situated in this federal district within the City of Hazelwood, St. Louis County, Missouri.

## ADMINISTRATIVE EXHAUSTION

9.      Selective timely filed and served a claim as required under the FTCA on April 21, 2025, being claim number 630-24-00664572A.

10.      The Law Department of the National Tort Center acknowledged receipt of Selective's claim on April 24, 2025.

11. On April 6, 2026, Selective's claim was denied by correspondence from attorney Casey Wong of the National Tort Center, on behalf of the USPS.

12. Accordingly, all conditions precedent to maintaining this action have been satisfied.

## GENERAL ALLEGATIONS

13. At all relevant times, the USPS operated and/or occupied a facility located at 5463 Phantom Drive, Hazelwood. Missouri 63042.

14. The facility was leased by the USPS from Selective's insured, St. Louis Industrial Properties, LLC, and used in connection with postal operations.

15. On October 11, 2023, a USPS employee(s) were taking a smoke break outside the USPS facility in a smoking area near combustible ground covering.

16. The USPS employee(s) negligently discarded a lit cigarette, cigarette butt, ember, ash, or other smoking material onto and/or into the combustible ground covering without fully extinguishing it.

17. The discarded smoking material ignited the combustible ground covering and caused a fire.

18. The fire spread to the leased USPS facility owned by Selective's insured, St. Louis Industrial Properties, LLC, resulting in substantial property damage and other damage.

19. As a direct and proximate result of the fire, Selective paid insurance proceeds to, or on behalf of, St. Louis Industrial Properties, LLC, for covered losses, including, but not limited to property damage, remediation expenses, repair costs, and related losses.

20. The negligent acts and omissions of the USPS employee(s) occurred within the course and scope of employment with the United States, and specifically the USPS.

21. Defendant, through its employees, agents, and servants, owed a duty to exercise

ordinary care in the handling and disposal of smoking materials so as to avoid creating an unreasonable risk of fire.

22.    Defendant breached that duty through negligent acts and omissions, including but not limited to:

    a.    Negligently discarding lit smoking materials;

    b.    Failing to extinguish smoking materials;

    c.    Failing to dispose of smoking materials in a container located and provided in the smoking area for that purpose;

    d.    Failing to supervise employees; and,

    e.    Failure to implement and enforce reasonable rules regarding smoking at its facility.

23.    As a direct and proximate result of Defendant's negligence, Selective sustained damages in an amount of One Million Seven Hundred Forty-Six Thousand Two Dollars and Fifty-Eight Cents ($1,746,002.58).

## COUNT I – NEGLIGENCE
### (FEDERAL TORT CLAIMS ACT)

24.    Selective incorporates by reference Paragraphs 1 through 23 as though fully set forth herein.

25.    The USPS employee(s) negligently caused the fire while acting within the course and scope of federal employment.

26.    Under the FTCA, Defendant, the United States of America, is liable in the same manner and to the same extent as a private individual under like circumstances under Missouri law.

27.    Plaintiff, Selective, is entitled to recover the amounts paid on behalf of its insured, St. Louis Industrial Properties, LLC, resulting from Defendant's negligence.

**PRAYER**

WHEREFORE, Plaintiff, Selective Insurance Company Of America, prays for the following relief:

 a.  judgment in its favor and against Defendant;

 b.  actual damages in an amount to be proven at trial;

 c.  court costs expended in this matter; and,

 d.  such other and further relief to which it is entitled at law or in equity.

Dated: May 27, 2026.

       Respectfully submitted,

       */s/ Brian T. Bailey*
       Brian T. Bailey
       E.D. of Missouri Bar Number: 6200320IL
       **NIELSEN ZEHE & ANTAS, P.C.**
       55 W. Monroe Street, Ste. 1800
       Chicago, Illinois 60603
       Telephone: (312) 635-1842
       Email: bbailey@nzalaw.com

       *Attorneys for Plaintiff*
       *Selective Insurance Company Of America*